PER CURIAM.
Appellant seeks review of a life sentence imposed by the trial court pursuant to section 775.082(9)(a)3.a., Florida Statutes (1999). We affirm pursuant to Knight v. State, 791 So.2d 490 (Fla. 1st DCA 2000), reh’g granted in part, question certified, 791 So.2d at 490 (Fla. 1st DCA 2000), review pending, Case No. SC-001987, — So.2d - (Fla. Sept. 21, 2000). We re-certify the question certified in Knight. See Bennett v. State, 26 Fla. L. Weekly D1300, — So.2d —, 2001 WL 530477 (Fla. 1st DCA May 21, 2001).
AFFIRMED.
BOOTH, KAHN, and PADOVANO, JJ., concur.